IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOPE ADAMS and
WROTEN ADAMS                                                              PLAINTIFFS

V.                                        No. 3:06CV00084

CITY OF JOINER, et. al.                                                   DEFENDANTS

### ORDER

Pending is Separate Defendants' motion to compel. (Docket # 29). Separate Defendants argue that Plaintiffs have failed to timely respond to their First Set of Interrogatories and Requests for Production of Documents and have failed to provide their Rule 26 Initial Disclosures. Plaintiffs have also failed to respond to the pending motion. Accordingly, Separate Defendants' motion is GRANTED. Plaintiffs are directed to respond to all outstanding discovery requests and to provide their Rule 26 Initial Disclosures on or before January 17, 2007.

IT IS SO ORDERED this 5th day of January, 2007.

James M. Moody
United States District Judge