IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HOPE ADAMS and**
**WROTEN ADAMS**                                                                                   **PLAINTIFFS**

v.                                             3:06CV0084  JMM

**CITY OF JOINER, ARKANSAS, et. al.**                                               **DEFENDANTS**

## ORDER

Pending is Separate Defendants' motion to strike the affidavit of Anthony Smith (docket # 59).  Plaintiffs' have responded.  The Court denies Separate Defendants' motion and will consider the affidavit of Mr. Smith.  The Court will extend the discovery deadline to allow the Defendants to depose Mr. Smith.  If the parties are unable to complete the deposition in sufficient time to prepare for trial, the court will consider a motion to continue.

IT IS SO ORDERED this 20th day of September, 2007.

_____
James M. Moody
United States District Judge